IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES DAVENPORT,

Plaintiff,

-vs-

ENHANCED RECOVERY COMPANY, LLC,

CASE NO.: 3:14-CV-802-J-34JRK

Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10th September, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants: NONE and I emailed the foregoing to: Rocky Landoll, Esq. (rlandoll@erccollections.com), 8014 Bayberry Road, Jacksonville, FL 32256.

Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
KReynolds@ForThePeople.com
Florida Bar #: 0135534
Attorney for Plaintiff